## BRYANT *v.* ROLLINS.

FISH, C. J. The evidence authorized the verdict for the defendant, and no ground of the motion for a new trial is sufficient to require a reversal.

*Judgment affirmed. All the Justices concur.*

DECEMBER 13, 1916.

Action for damages. Before Judge Fite. Whitfield superior court. February 5, 1916.

*George G. Glenn* and *M. C. Tarver,* for plaintiff.

*Maddox, McCamy & Shumate,* for defendant.